**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 07-cv-00890-LTB-MEH

ROBERT JAMES WALTON,

    Plaintiff,

v.

UNITED STATES PAROLE COMMISSION, and
MR. R. WILEY, Warden,

    Defendants.
_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge that Applicant's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 be denied resulting in dismissal with prejudice. The recommendation was issued and served on January 10, 2008. On January 23, 2008, Applicant filed written objections to the Magistrate Judge's recommendation. I have therefore reviewed the recommendation *de novo* in light of the file and record in this case. On *de novo* review, I conclude that the Magistrate Judge's thorough and comprehensive recommendation is correct. Accordingly

IT IS ORDERED that the application is DENIED and the above action is DISMISSED WITH PREJUDICE.

                                      BY THE COURT:

                                         s/Lewis T. Babcock
                                         Lewis T. Babcock, Judge

DATED: February 5, 2008